# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IDOWU FAMUYIWA,

              Plaintiff,

vs.

UNITED STATES OF AMERICA,

              Defendant.

Case No. 2:10-cv-01338-PMP-PAL

**ORDER**

(IFP App - Dkt. #1)

      This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #13) filed on August 9, 2010. Plaintiff has not filed her application on the court's form application, and it does not include a financial certificate as required by 28 U.S.C. § 1915.

      Accordingly,

      **IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank application to proceed *in forma pauperis* and instructions.
3. Plaintiff shall have **thirty days** from the date of this Order in which to file a new application to proceed *in forma pauperis* which contains a financial certificate.

Dated this 18th day of August, 2010.

                                                      _____
                                                      PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE