UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IDOWU FAMUYIWA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AGBAYANI CONSTRUCTION COMPANY, NEVADA EQUAL RIGHTS COMMISSION, NERC, EEOC,<br><br>　　　　Defendants. | 2:10-CV-01338-PMP-PAL<br><br>**<u>ORDER</u>** |

**IT IS ORDERED that** Plaintiff Famuyiwa's Request for Court Appointed Civil Rights Attorney (Doc. #34) and Plaintiff's Motion for Reconsideration and to Compel EEOC, NERC to Appear (Doc. #35) are **DENIED**.

DATED: May 24, 2011.

_____
PHILIP M. PRO
United States District Judge